AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:26-cv-05197-MBK

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)*  Kristen J. Kersnage, for K2  *Authorized Agent for Service*
was received by me on *(date)*  5-18-26  .  *Communications*

□ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

&#9635; Other *(specify):* ON 5-18-26 I left summons at individuals confirmed place of business (K2 Communications) as the agent (Kristen J. Kersnage) for service of process, 880 Apollo St #239, El Segundo, CA 90245 by leaving with office employee Paula Tagle

And Mailed A My fees are $ 17.40  for travel and $ 172.60  for services, for a total of $  190.00  .
copy.

I declare under penalty of perjury that this information is true.

Date: 5-18-26  _____
Server's signature

J Scott Bergman, Process Server I.D. 6091
Printed name and title

9805 Vidor Drive, LA CA 90035
Server's address

Additional information regarding attempted service, etc: